No. 75–83. UNIVERSITY OF CHICAGO & ARGONNE *v.* McDANIEL. C. A. 7th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Securities Investor Protection Corp.* v. *Barbour,* 421 U. S. 412 (1975), and *Cort* v. *Ash,* 422 U. S. 66 (1975).

No. A–149 (74–323). IN RE BERRY. C. A. 10th Cir. Application for stay of confinement pending action on petition for writ of certiorari, presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–187. FEDERAL POWER COMMISSION *v.* TRANS-CONTINENTAL GAS PIPE LINE CORP. ET AL. Application for stay of mandate of the United States Court of Appeals for the District of Columbia Circuit, presented to THE CHIEF JUSTICE, and by him referred to the Court, granted pending timely filing of petition for writ of certiorari and final disposition thereon. MR. JUSTICE POWELL took no part in the consideration or decision of this application.

No. A–230. SMITH ET AL. *v.* UNITED STATES ET AL. Motion of County of San Diego to vacate stay heretofore granted by MR. JUSTICE DOUGLAS on September 11, 1975, granted. MR. JUSTICE DOUGLAS, with whom MR. JUSTICE BRENNAN joins, dissents for the reasons stated in his opinion of September 11, 1975 [*post,* p. 1303], in which he granted a stay of the District Court's order.